UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TYLER BAKER, on behalf of himself and all others similarly situated,

                                                                                                 2:21 cv 01308 (CCC)(ESK)

                    Plaintiff,

     -vs.-

CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,

                    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Tyler Baker, through his undersigned attorneys, hereby voluntarily dismisses this action without prejudice, each side to bear its own costs.

Dated: White Plains, New York
          February 24, 2021

                                      BELLIN & ASSOCIATES LLC

                                      By: Aytan Y. Bellin
                                      50 Main Street, Suite 1000
                                      White Plaines, NY 10606
                                      Phone: 914-358-5345
                                      Fax: 212-571-0284
                                      E-mail: aytan.bellin@bellinlaw.com

## CERTIFICATE OF SERVICE

**I,** Aytan Y. Bellin, hereby certify as follows under the penalties of perjury:

1.    I am an attorney at law admitted to practice before this Court and am the Managing Attorney of the firm Bellin & Associates LLC, the attorneys for Plaintiff Tyler Baker in this action.

2.    On February 24, 2021, I caused a true and correct copy of Plaintiff's Notice of Voluntary Dismissal be served on counsel for Defendant CHW Group d/b/a Choice Home Warranty via this Court's ECF system.

3.    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: White Plains, New York
       February 24, 2021

By: _/s/ Aytan Y. Bellin_
    Aytan Y. Bellin, Esq.
Bellin & Associates LLC
Attorneys for Appellants
50 Main Street, Suite 1000
White Plains, NY 10606
(914) 358-5345
aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff*