UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TYLER BAKER, on behalf of himself and all others similarly situated,

                Plaintiff,

    -vs.-

CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,

                Defendant.

2:21 cv 01308 (CCC)(ESK)

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Tyler Baker, through his undersigned attorneys, hereby voluntarily dismisses this action without prejudice, each side to bear its own costs.

Dated: White Plains, New York
       February 24, 2021

BELLIN & ASSOCIATES LLC

*/s/ Aytan Y. Bellin*
By: Aytan Y. Bellin
50 Main Street, Suite 1000
White Plaines, NY 10606
Phone: 914-358-5345
Fax: 212-571-0284
E-mail: aytan.bellin@bellinlaw.com

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 2/26/2021